UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/29/06

**Dennis Kyne, et al**

   **Plaintiffs,**

-v-

**City of New York, et al**

   **Defendants.**

Case No.
06-cv-2041 (KMK)(JCF)

ORDER

KENNETH M. KARAS, District Judge:

The above entitled action is referred to Magistrate Judge James C. Francis for the following purpose(s):

_x_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

   If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___  Settlement*

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

   Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
All such motions: _____

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:    New York, New York
          March 29, 2006

                                              Kenneth M. Karas
                                              United States District Judge