

# MEMO ENDORSED

THE CITY OF NEW YORK

**MICHAEL A. CARDOZO**
*Corporation Counsel*

## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**JAMES MIRRO**
*Special Assistant Corporation Counsel*
phone (212) 788-8026   fax (212) 788-9776

April 3, 2006

**BY FAX**

The Honorable James C. Francis IV
United States Magistrate Judge
Daniel Patrick Moynihan
  United States Courthouse
500 Pearl Street - Room 1960
New York, New York 10007-1312

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/06
```

Re:  *Kyne, et al. v. The City of New York, et al.*
     **USDC SDNY 06 CV 2041 (KMK) (JCF)**

Dear Judge Francis:

I write to request a 60-day enlargement of defendants' time to answer or otherwise respond to the complaint in this action. The Complaint in this action was served on the City on or about March 16, 2006, making the City's response due on or about April 6, 2006. Plaintiffs have not yet returned their § 160.50 releases and undersigned counsel has not yet determined which of the approximately 29 named defendants has been served with process. Plaintiffs' counsel, Gideon Oliver, kindly has consented to this request. If this meets with your approval, would you kindly "so order" it? Thank you.

Very truly yours,

*James Mirro*
James Mirro

4/4/06
Application granted.
SO ORDERED.
James C. Francis IV

cc: Gideon Oliver, Esq.