UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

DENNIS KYNE, DUSTIN LANGLEY, and CHARLES DUNCAN,

                              Plaintiffs,

        -against-

PAUL WOLFOWITZ et al.,

                             Defendants.

------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

06 CV 2041

This document has been electronically filed.

        **PLEASE TAKE NOTICE** that **Curt P. Beck**, **Esq.**, Special Assistant Corporation Counsel, is hereby appearing as counsel of record on behalf of the Corporation Counsel of the City of New York, Michael A. Cardozo, attorney for defendant The City of New York, effective April 11, 2006.

Dated: New York, New York
       April 11, 2006

                              MICHAEL A. CARDOZO
                              Corporation Counsel of the City of New York
                              Attorney for Defendant City of New York
                              100 Church Street
                              Room 3-187
                              New York, New York 10007
                              (212) 676-1395

                        By: _____
                              Curt P. Beck (CB 1766)
                              Special Assistant Corporation Counsel