STATE OF NEW YORK)                                  AFFIDAVIT OF SERVICE BY MAIL
                    ) ss:
COUNTY OF ALBANY )

Case: Dennis Kyne et al. v. The City of New York et al.
      United States District Court, Southern District of New York
      Civil Action No. 06-CV-2041   (Karas)(Francis)

Jane Pearson being duly sworn, deposes and says:

1) That I am over the age of 18 years.

2) That on the 21st day of August, 2007; I served the following (name and address):

Stephen G. Hughes
Special Agent
United States Secret Service
Suite 3200
355 Adams Street
Brooklyn, New York 11201

Office of General Counsel
United States Secret Service
Building 410
245 Murray Drive
Washington, D.C. 20223

Alberto R. Gonzales
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0007

Civil Process Clerk
United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007

one (1) true copy of the annexed (specify papers):

Amended Complaint, Summons, ECF procedures, and KMK practices

depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the United States Post Office, Hudson Avenue, Albany, New York 12207, directed to said Attorney(s) via priority and certified mail, return receipt requested, respectively, at said address(es), respectively mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                   _____
                                                   JANE PEARSON

Sworn to before me this
22 day of August, 2007

_____
NOTARY PUBLIC

Lewis B. Oliver, Jr.
Notary Public, State of New York
#4647067
Qualified in Albany County
Commission Expires 8/31/09

STATE OF NEW YORK)                                               AFFIDAVIT OF SERVICE BY MAIL
                ) ss:
COUNTY OF ALBANY )

Case: Dennis Kyne et al. v. The City of New York et al.
      United States District Court, Southern District of New York
      Civil Action No. 06-CV-2041    (Karas)(Francis)

Jane Pearson being duly sworn, deposes and says:

1) That I am over the age of 18 years.

2) That on the 21st day of August, 2007; I served the following (name and address):

Thomas Ridge                                Alberto R. Gonzales
Former Secretary of the US                  Attorney General of the United States
Department of Homeland Security             Department of Justice
Office of General Counsel                   950 Pennsylvania Avenue, NW
US Department of Homeland Security          Washington, D.C. 20530-0007
Washington, D.C. 20528

Phillip J. Perry                            Civil Process Clerk
Office of General Counsel                   United States Attorney
United States Department of                 Southern District of New York
Homeland Security                           86 Chambers Street
Washington, D.C. 20528                      New York, New York 10007

one (1) true copy of the annexed (specify papers):

    Amended Complaint, Summons, ECF procedures, and KMK practices

depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the United States Post Office, Hudson Avenue, Albany, New York 12207, directed to said Attorney(s) via priority and certified mail, return receipt requested, respectively, at said address(es), respectively mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                            _____
                                            JANE PEARSON

Sworn to before me this
22 day of August, 2007

_____
        NOTARY PUBLIC

Lewis B. Oliver, Jr.
Notary Public, State of New York
#4647067
Qualified in Albany County
Commission Expires 8/31/09

STATE OF NEW YORK)                                             AFFIDAVIT OF SERVICE BY MAIL
                     ) ss:
COUNTY OF ALBANY )

Case: Dennis Kyne et al. v. The City of New York et al.
       United States District Court, Southern District of New York
       Civil Action No. 06-CV-2041    (Karas)(Francis)

       Jane Pearson being duly sworn, deposes and says:

       1) That I am over the age of 18 years.

       2) That on the 21st day of August, 2007; I served the following (name and address):

Michael Chertoff
Secretary
US Department of Homeland Security
Office of General Counsel
US Department of Homeland Security
Washington, D.C. 20528

Phillip J. Perry
Office of General Counsel
United States Department of
Homeland Security
Washington, D.C. 20528

Alberto R. Gonzales
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0007

Civil Process Clerk
United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007

one (1) true copy of the annexed (specify papers):

       Amended Complaint, Summons, ECF procedures, and KMK practices

depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the United States Post Office, Hudson Avenue, Albany, New York 12207, directed to said Attorney(s) via priority and certified mail, return receipt requested, respectively, at said address(es), respectively mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                    _____
                                                    JANE PEARSON

Sworn to before me this
22 day of August, 2007

_____
NOTARY PUBLIC

Lewis B. Oliver, Jr.
Notary Public, State of New York
#4647067
Qualified in Albany County
Commission Expires 8/31/09

STATE OF NEW YORK)                                                AFFIDAVIT OF SERVICE BY MAIL
                     ) ss:
COUNTY OF ALBANY )

Case: Dennis Kyne et al. v. The City of New York et al.
       United States District Court, Southern District of New York
       Civil Action No. 06-CV-2041   (Karas)(Francis)

      Jane Pearson being duly sworn, deposes and says:

      1) That I am over the age of 18 years.

      2) That on the 21st day of August, 2007; I served the following (name and address):

Robert S. Mueller, III
Director
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Valerie R. Caproni
Office of General Counsel
Federal Bureau of Investigation
J. Edgar Hoover Building
935 Pennsylvania Avenue, NW
Washington, D.C. 20535-0001

Alberto R. Gonzales
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0007

Civil Process Clerk
United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007

one (1) true copy of the annexed (specify papers):

      Amended Complaint, Summons, ECF procedures, and KMK practices

depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the United States Post Office, Hudson Avenue, Albany, New York 12207, directed to said Attorney(s) via priority and certified mail, return receipt requested, respectively, at said address(es), respectively mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                                              /s/ Jane Pearson
                                                                        JANE PEARSON

Sworn to before me this
22 day of August, 2007

/s/ Lewis B. Oliver, Jr.
NOTARY PUBLIC

Lewis B. Oliver, Jr.
Notary Public, State of New York
#4647067
Qualified in Albany County
Commission Expires 8/31/09

STATE OF NEW YORK)                                                    AFFIDAVIT OF SERVICE BY MAIL
                     ) ss:
COUNTY OF ALBANY )

Case:  Dennis Kyne et al. v. The City of New York et al.
       United States District Court, Southern District of New York
       Civil Action No. 06-CV-2041   (Karas)(Francis)

Jane Pearson being duly sworn, deposes and says:

1) That I am over the age of 18 years.

2) That on the 21st day of August, 2007; I served the following (name and address):

Gordon R. England
Deputy Secretary
United States
Department of Defense
1010 Defense Pentagon
Washington, D.C. 20301-1010

William J. Haynes, II
Office of General Counsel
The Pentagon
Room 3B710
Washington, D.C. 20301

Alberto R. Gonzales
Attorney General of the United States
Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0007

Civil Process Clerk
United States Attorney
Southern District of New York
86 Chambers Street
New York, New York 10007

one (1) true copy of the annexed (specify papers):

Amended Complaint, Summons, ECF procedures, and KMK practices

depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the United States Post Office, Hudson Avenue, Albany, New York 12207, directed to said Attorney(s) via priority and certified mail, return receipt requested, respectively, at said address(es), respectively mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                                     _____
                                                     JANE PEARSON

Sworn to before me this
22 day of August, 2007

_____
NOTARY PUBLIC

Lewis B. Oliver, Jr.
Notary Public, State of New York
#4647067
Qualified in Albany County
Commission Expires 8/31/09

STATE OF NEW YORK)                                    AFFIDAVIT OF SERVICE BY MAIL
              ) ss:
COUNTY OF ALBANY )

Case:  Dennis Kyne et al. v. The City of New York et al.
       United States District Court, Southern District of New York
       Civil Action No. 06-CV-2041   (Karas)(Francis)

       Jane Pearson being duly sworn, deposes and says:

       1) That I am over the age of 18 years.

       2) That on the 21st day of August, 2007; I served the following (name and address):

Paul Wolfowitz                          Alberto R. Gonzales
Former Deputy Secretary                 Attorney General of the United States
United States                           Department of Justice
Department of Defense                   950 Pennsylvania Avenue, NW
1600 Defense Pentagon                   Washington, D.C. 20530-0007
Washington, D.C. 20301

William J. Haynes, II                   Civil Process Clerk
Office of General Counsel               United States Attorney
The Pentagon                            Southern District of New York
Room 3B710                              86 Chambers Street
Washington, D.C. 20301                  New York, New York 10007


one (1) true copy of the annexed (specify papers):

       Amended Complaint, Summons, ECF procedures, and KMK practices

depositing a true and correct copy of the same properly enclosed in a post-paid wrapper in the Official Depository maintained and exclusively controlled by the United States at the United States Post Office, Hudson Avenue, Albany, New York 12207, directed to said Attorney(s) via priority and certified mail, return receipt requested, respectively, at said address(es), respectively mentioned above, that being the address(es) within the state designated for that purpose upon the last papers served in this action or the place where the above then resided or kept offices, according to the best information which can be conveniently obtained.

                                              JANE PEARSON

Sworn to before me this
27 day of August, 2007

       NOTARY PUBLIC

Lewis B. Oliver, Jr.
Notary Public, State of New York
#4647067
Qualified in Albany County
Commission Expires 8/31/09