UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------------ x

DENNIS KYNE, et al.,

                     **Plaintiffs,**

       -versus-                                06 CV 2041 (RJS) (JCF)

THE CITY OF NEW YORK, et al.

                     **Defendants.**

------------------------------------------------------------------------ x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey A. Dougherty hereby appears on behalf of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant the City of New York effective this date. Please serve a copy of all papers to be served in this matter, by ECF or otherwise, on appearing counsel.

Dated:  New York, New York
          October 31, 2007

                                 MICHAEL A. CARDOZO
                                 Corporation Counsel of the City of New York
                                 *Counsel Defendants*

                                 By:           /s/
                                         Jeffrey A. Dougherty (JD 5224)
                                         Special Assistant Corporation Counsel
                                         Special Federal Litigation
                                         100 Church Street, Room 3-126
                                         New York, New York 10007
                                         212-788-8342 (direct)
                                         212-788-9776 (fax)

cc:  All Parties (by ECF)