SULLIVAN, J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

DENNIS KYNE, DUSTIN LANGLEY, CHARLES DUNCAN, DANIEL
GROSS, JOHN FRANCES MULLIGAN, AMBER TEJADA, STEPHANIE
LAHOUD, AND JULIENNE BOISVERT

                                                            Plaintiffs,

-against-

THE CITY OF NEW YORK ("NYC"), a municipal entity; THE HUDSON
RIVER PARK TRUST ("HRPT"), a joint City-State body; THE REPUBLICAN
NATIONAL COMMITTEE ("COMMITTEE"); THE NEW YORK CITY HOST
COMMITTEE 2004 ("RNCHC"); PAUL WOLFOWITZ, DEPUTY
SECRETARY OF THE UNITED STATES DEPARTMENT OF DEFENSE;
THOMAS RIDGE, SECRETARY OF THE UNITED STATES DEPARTMENT
OF HOMELAND SECURITY; STEPHEN G. HUGHES, UNITED STATES
SECRET SERVICE SPECIAL AGENT; ROBERT MUELLER, DIRECTOR OF
THE FEDERAL BUREAU OF INVESTIGATION; CONNIE FISHMAN, HRPT
PRESIDENT; ROLAND BETTS, RNCHC CO-VICE CHAIR; MICHAEL
BLOOMBERG, NYC MAYOR; MARTIN HORN, COMMISSIONER OF THE
NEW YORK CITY DEPARTMENT OF CORRECTIONS; RAYMOND
KELLY, NEW YORK CITY POLICE DEPARTMENT COMMISSIONER;
STEPHEN L. HAMMERMAN, NYPD DEPUTY COMMISSIONER OF
LEGAL MATTERS; THOMAS DOEPFNER, NYPD ASSISTANT DEPUTY
COMMISSIONER FOR LEGAL MATTERS; NYPD DEPUTY INSPECTOR
KERRY SWEET, LEGAL BUREAU EXECUTIVE OFFICER; NYPD LEGAL
BUREAU SENIOR COUNSEL RUBY MARIN-JORDAN; NYPD LEGAL
BUREAU SUPERVISORS AT PIER 57; DAVID COHEN, NYPD DEPUTY
COMMISSIONER OF INTELLIGENCE; BRUCE H. SMOLKA, ASSISTANT
CHIEF, NYPD MANHATTAN SOUTH TASK FORCE; THOMAS GRAHAM,
COMMANDER, NYPD DISORDER CONTROL UNIT; JOHN J. COLGAN,
EXECUTIVE OFFICER, NYPD COUNTER-TERRORISM BUREAU; JAMES
O'NEILL AND JAMES CAPALDO, NYPD DEPUTY INSPECTORS;
RONALD MERCANDETTI, CAPTAIN, NYPD PATROL BORO BRONX
SOUTH TASK FORCE; EUGENE MONTCHAL, CAPTAIN, BRONX
NARCOTICS; DANIEL ALBANO, LIEUTENANT, NYPD LEGAL BUREAU;
NYPD SERGEANT EDWARD MURPHY, PATROL BORO BRONX ANTI-
CRIME UNIT, SHIELD NO 1502; NYPD SERGEANT MICHAEL HOLMES;
NYPD FEMALE SERGEANT "BLUE"; NYPD PATROL BORO BRONX
SOUTH TASK FORCE OFFICER MATTHEW WOHL, SHIELD NO. 6956;
NYPD PATROL BORO BRONX SOUTH TASK FORCE OFFICER GLENN
HUDECEK, SHIELD NO. 18059; NYPD PATROL BORO BRONX SOUTH
TASK FORCE OFFICER MICHAEL DECKERT, SHIELD NO. 27304; NYPD
OFFICER JOHN MARTINEZ, 112TH PRECINCT, SHIELD NO. 23496;
UNIDENTIFIED NYPD AGENTS JOHN AND JANE DOES; and
UNIDENTIFIED RICHARD AND MARY ROE FEDERAL, STATE, AND/OR
CITY LAW ENFORCEMENT AGENTS, individually and in their official
capacities, jointly and severally,

                                                            Defendants.

06-CV-2041 (RJS)
(JCF)

------------------------------------------------------------x

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), plaintiffs Dennis Kyne, Dustin Langley, Charles Duncan, Daniel Gross, John Frances Mulligan, Amber Tejada, Stephanie Lahoud, and Julienne Boisvert, defendant Roland Betts, and defendant City of New York, the only parties that have appeared in the action *Kyne, et al. v. City of N.Y., et al.* 06-CV-2041 (RJS) (JCF), hereby stipulate to the dismissal with prejudice, without costs, of all claims and causes of action asserted in this action by plaintiffs Dennis Kyne, Dustin Langley, Charles Duncan, Daniel Gross, John Frances Mulligan, Amber Tejada, Stephanie Lahoud, and Julienne Boisvert against defendant Roland Betts.

By *[signature]*
Gideon Orion Oliver
Lewis B. Oliver
Oliver & Oliver
c/o 200 East 10th Street, #917
New York, NY 10003
(646) 602-9242
*Attorneys for Plaintiffs Dennis Kyne Dustin Langley, Charles Duncan, Daniel Gross, John Frances Mulligan, Amber Tejada, Stephanie Lahoud, and Julienne Boisvert*

By _____
R. Scott Greathead
Andrew Dean
Wiggin and Dana LLP
450 Lexington Ave.
New York, NY 10017
(212) 490-1700
*Attorneys for Defendant Roland Betts*

By *[signature]* 2/8/08
Jeffrey Dougherty
Office of the Corporation Counsel
Special Federal Litigation Division
100 Church Street, Room 3-126
New York, New York 10007
(212) 788-8342
*Attorneys for Defendant City of New York*

2

SO ORDERED:
*[signature]*
U.S.D.J.
2/20/08