03/04/2009  18:48   4637028                    OLIVER LAW FIRM                    PAGE 02

SULLIVAN, S.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DENNIS KYNE, et al.,

                Plaintiffs,

- against -

THE CITY OF NEW YORK, a municipal
entity, et al.,

                Defendants.
------------------------------------X

**STIPULATION AND ORDER OF DISMISSAL**

06 Civ. 2041 (RJS) (JCF)

WHEREAS, by Stipulation and Order of Settlement and Discontinuance dated February 5, 2009, this Court dismissed with prejudice all claims against the City Defendants, as that term was defined;

IT IS HEREBY STIPULATED by and between the remaining parties that this action be, and the same hereby is, dismissed with prejudice and without costs against all remaining defendants, including Paul Wolfowitz, Deputy Secretary of the United States Department of Defense, Thomas Ridge, Secretary of the United States Department of Homeland Security, Stephen S. Hughes, United States Secret Service Special Agent, and Robert Mueller, Director of the Federal Bureau of Investigation, each in their individual capacities, as well as each of their successors pursuant to Federal Rule of Civil Procedure 25(d) in their official capacities (collectively, the "Federal Defendants").



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/30/09

TOTAL P.03

DEC-29-2009  15:55         4637028              98%              P.02

**AGREED TO BY:**

Dated:   Albany, New York          **OLIVER & OLIVER**
         December 29 2009          Attorneys at Law
                                   *Attorneys for the Plaintiffs*

                                   *[signature]*
                                   Lewis B. Oliver, Jr., Esq.
                                   156 Madison Avenue
                                   Albany, New York 12202
                                   Telephone: (518) 463-7962
                                   Facsimile: (518) 463-7028

Dated:   New York, New York        PREET BHARARA
         December 29 2009          United States Attorney
                                   *Attorney for the Federal Defendants*

                            By:    *[signature]*
                                   MATTHEW L. SCHWARTZ
                                   Assistant United States Attorney
                                   86 Chambers Street, 3rd Floor
                                   New York, New York 10007
                                   Telephone: (212) 637-1945
                                   Facsimile: (212) 637-2750
                                   E-mail: matthew.schwartz@usdoj.gov

**SO ORDERED.**

Dated:   New York, New York
         Dec. 29, 2009

*[signature]*
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE